# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MONICA BUNCH,

          Plaintiff,

v.

BOMBARDIER RECREATIONAL PRODUCTS INC. d/b/a BRP,

          Defendant.

Case No. 16-CV-784-JPS

**ORDER**

On August 31, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #22). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #22) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice and without costs.**

Dated at Milwaukee, Wisconsin, this 31st day of August, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge